Order issued September 12, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01214-CV

## IN RE ANDREW DAVID MALONE, JR., Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F86-95910-QN**

# ORDER

Before Justices Morris, Richter, and Lang-Miers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

JOSEPH B. MORRIS
JUSTICE